**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Juan Eli ZAPATA–MARQUEZ,**
**Defendant–Appellant.**

**No. 13–10054.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 12, 2014.*

Filed June 17, 2014.

Mark S. Kokanovich, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Tonya Jill Peterson, Esquire, Phoenix, AZ, for Defendant–Appellant.

Before: McKEOWN, WARDLAW, and M. SMITH, Circuit Judges.

MEMORANDUM ***

Juan Eli Zapata–Marquez appeals from the district court's judgment and chal-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

lenges his guilty-plea conviction and 57–month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Zapata–Marquez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Zapata–Marquez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.